# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| THOMAS JEFFERSON CHILDRESS | CIVIL ACTION NO. 22-0231-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOSSIER PARISH POLICE JURY, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Thomas Jefferson Childress's pleadings are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 27th day of December, 2022.

S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT JUDGE